09-0159-ag
He v. Holder

BIA
A075 960 977

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

**Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this court's Local Rule 32.1.1. When citing a summary order in a document filed with this court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.**

**At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 16th day of February, two thousand ten.**

**PRESENT:**
> **RALPH K. WINTER,**
> **GUIDO CALABRESI,**
> **PETER W. HALL,**
> > *Circuit Judges*.

---

**CHANG WEI HE,**
> *Petitioner*,

> **v.**    **09-0159-ag**
> **NAC**

**ERIC H. HOLDER JR., U.S. ATTORNEY GENERAL,**[*]
> *Respondent*.

---

---

[*] Pursuant to Federal Rule of Appellate Procedure 43(c)(2), United States Attorney General Eric H. Holder Jr. is substituted for former Attorney General Michael B. Mukasey as Respondent in this case.

FOR PETITIONER:        Yung H. Hsu, New York, New York.

FOR RESPONDENT:        Tony West, Assistant Attorney
                       General, Anh-Thu P. Mai-Windle,
                       Senior Litigation Counsel, Arthur L.
                       Rabin, Attorney, Office of
                       Immigration Litigation, Civil
                       Division, United States Department of
                       Justice, Washington, D.C.

UPON DUE CONSIDERATION of this petition for review of a Board of Immigration Appeals ("BIA") decision, it is hereby ORDERED, ADJUDGED, AND DECREED, that the petition for review is DISMISSED in part and DENIED in part.

Petitioner Chang Wei He, a native and citizen of the People's Republic of China, has filed a petition for review of the December 16, 2008 order of the BIA denying her motion to reconsider. *In re Chang Wei He*, No. A075 960 977 (B.I.A. Dec. 16, 2008). We assume the parties' familiarity with the underlying facts and procedural history of the case.

To the extent He attempts to challenge either the Immigration Judge's 1998 denial of her application for asylum and withholding of removal, or the BIA's 2002 order dismissing her appeal of that decision, neither of those decisions are properly before this Court because He did not file a timely petition for review of those decisions. *See* 8 U.S.C. § 1252(b)(1). We dismiss the petition for review to that extent. *See Stone v. INS*, 514 U.S. 386, 405 (1995); *Ke Zhen Zhao v. U.S. Dep't of Justice*, 265 F.3d 83, 89-90 (2d Cir. 2001).

Only the BIA's December 2008 order denying He's motion to reconsider is properly before us. *See* 8 U.S.C. § 1252(b)(1). However, in the brief in support of her petition, He does not advance any challenges to that order and has thus waived any challenges that could have been raised. *See Yueqing Zhang v. Gonzales*, 426 F.3d 540, 542 n.1, 546 n.7 (2d Cir. 2005). Accordingly, we deny the petition for review to the extent it was intended to challenge the BIA's December 2008 order.

2

For the foregoing reasons, the petition for review is DISMISSED in part and DENIED in part. As we have completed our review, any stay of removal that the Court previously granted in this petition is VACATED, and any pending motion for a stay of removal in this petition is DISMISSED as moot. Any pending request for oral argument in this petition is DENIED in accordance with Federal Rule of Appellate Procedure 34(a)(2), and Second Circuit Local Rule 34(b).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk